MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Shannon _____ JAD

Case Number: 18-70853

Date of Meeting: 4/26/19            Recording # _____

Debtor(s) present ___ or Not Present ✓ (___No Payments Made or___ partial payments)
Attorney for debtor(s) Cohen _____ (Present ___ or Not Present ✓)
Date of Plan at § 341: _____ Applicable commitment period ___3 yrs ___5 yrs

FILED
2019 MAY -2 P 12:55
CLERK
U.S. BANKRUPTCY COURT

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
✓ Meeting NOT HELD            ✓ Order to Show Cause Requested
                              _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
        _____ 341 Meeting   OR _____ Conciliation Conf. OR ___ *Contested Hearing
On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee