FILED
5/8/19 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **LAURA L. SHANNON,** | : | **Bankruptcy No. 18-70853-JAD** |
| | : | |
| | : | **Related To ECF No. 28** |
| | : | |
| **Debtor.** | : | **Chapter 13** |
| _____X | | |

### ORDER SETTING RULE TO SHOW CAUSE

**AND NOW,** this **8th** day of **May**, 2019, **IT APPEARS TO THE COURT** that:

1. The above-captioned Chapter 13 petition was filed on **December 11, 2018**. The petition was completed on January 7, 2019.

2. A meeting of creditors was scheduled for **February 15, 2019**. On **February 22, 2019**, the Chapter 13 Trustee placed an entry on the docket at **ECF No. 23**, indicating that the meeting of creditors was not held and requesting the Clerk to reschedule the meeting.

3. The meeting of creditors was rescheduled to **April 26, 2019**. On **May 2, 2019**, the Chapter 13 Trustee placed an entry on the docket at **ECF No. 28**, indicating that the meeting of creditors was not held and requesting the Clerk to schedule a Rule To Show Cause.

**NOW THEREFORE,** it is **HEREBY ORDERED, ADJUDGED,** and **DECREED** that a **RULE TO SHOW CAUSE To Determine Why The Case Should Not Be Dismissed For Debtor's Failure To Attend Scheduled § 341 Meetings of Creditors** is scheduled for **Friday, June 28, 2019**, at **11:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901.* Written responses are due by **June 21, 2019.**

JEFFERY A. DELLER          mas
United States Bankruptcy Judge

\* **For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, PA or in Courtroom D in Pittsburgh, PA.**

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-70853-JAD
Laura L. Shannon                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala            Page 1 of 1            Date Rcvd: May 08, 2019
                             Form ID: pdf900        Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db              +Laura L. Shannon,    1512 19th Street,    Altoona, PA 16601-2511
cr              +Blair County Tax Claim Bureau,    423 Allegheny St. Ste 143,    Holidaysburg, PA 16648-2047
14985063        +Blair County Tax Claim Bureau,    423 Allegheny Street, Suite 143,
                 Hollidaysburg, PA 16648-2047
14963429         Home Investment Fund II LP,    SN Servicing Corporation,    0305, 323 5th St,    Eureka, CA 95501
14970236        +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
14963430        +Parker McCay PA,    9000 Midlantic Dr, Ste 300,    Mount Laurel, NJ 08054-1539
14977104        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14992523         UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14963631        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2019 03:01:14
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14996558         E-mail/Text: bknotices@snsc.com May 09 2019 03:07:03     SN Servicing Corporation,
                 323 5th Street,    Eureka, CA 95501
                                                                                  TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               SN Servicing Corporation as servicer for Home Inve
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                           TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              James  Warmbrodt   on behalf of Creditor   SN Servicing Corporation as servicer for Home
               Investment Fund bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak   on behalf of Creditor   Blair County Tax Claim Bureau
               jmuriceak@eveyblack.com, choover@eveyblack.com
              Michael B. Cohen   on behalf of Debtor Laura L. Shannon michael@michaelcohenlawoffice.com,
               michele@michaelcohenlawoffice.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                          TOTAL: 6