# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | LAURA L. SHANNON |
| Case Number: | 18-70853-JAD    Chapter: 13 |
| Date / Time / Room: | FRIDAY, JUNE 28, 2019  11:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Rule To Show Cause To Determine Why Case Should Not Be Dismissed For Debtor's Failure To Attend § 341 Meetings of Creditors
- No Response Filed  [Due 6/21/2019]
R / M #:   28 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / PAIL / KATZ / DeSIMONE
DEBTOR:  MICHAEL B. COHEN, ESQUIRE
OUST:  HILDENBRAND / WAHLQUIST

## Proceedings:

____ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
   _____ For At Least _____ Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at
   _____
   _____ To Conciliation Conference For _____ at
   _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order -  NONJURY   /   JURY
   _____ Simple / Pretrial Order - NONJURY   /   JURY
   _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order to be issued dismissing case**

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
6/28/19 1:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA