FILED
6/28/19 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LAURA L. SHANNON,                               :    Bankruptcy No. 18-70853-JAD
                                                :
                                                :    Issued Per 6/28/2019 Proceeding
                                                :
                Debtor.                         :    Chapter 13
_____X

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING INCOME ATTACHMENT(S)

**AND NOW,** this **28th** day of **June, 2019, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor remains legally liable for all of her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors and parties in interest of this dismissal.

_____
**JEFFERY A. DELLER**
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 18-70853-JAD
Laura L. Shannon                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: culy                  Page 1 of 1            Date Rcvd: Jun 28, 2019
                              Form ID: pdf900             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2019.
db             +Laura L. Shannon,    1512 19th Street,    Altoona, PA 16601-2511
cr             +Blair County Tax Claim Bureau,    423 Allegheny St. Ste 143,    Holidaysburg, PA 16648-2047
14985063       +Blair County Tax Claim Bureau,    423 Allegheny Street, Suite 143,
                 Hollidaysburg, PA 16648-2047
14963429        Home Investment Fund II LP,   SN Servicing Corporation,    0305, 323 5th St,    Eureka, CA 95501
14970236       +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
14963430       +Parker McCay PA,    9000 Midlantic Dr, Ste 300,    Mount Laurel, NJ 08054-1539
14977104       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14992523        UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123
15058893        US Department of Education,    PO Box 16448,   Saint Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14963631       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2019 03:22:24
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14996558        E-mail/Text: bknotices@snsc.com Jun 29 2019 03:10:17      SN Servicing Corporation,
                 323 5th Street,   Eureka, CA 95501
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              SN Servicing Corporation as servicer for Home Inve
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    SN Servicing Corporation as servicer for Home
               Investment Fund bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Creditor    Blair County Tax Claim Bureau
               jmuriceak@eveyblack.com, choover@eveyblack.com
              Michael B. Cohen    on behalf of Debtor Laura L. Shannon michael@michaelcohenlawoffice.com,
               michele@michaelcohenlawoffice.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```