**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> LAURA L. SHANNON <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:18-70853 JAD <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/11/2018 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 385.33 |
| Less Refunds to Debtor | 366.83 | |
| TOTAL AMOUNT OF PLAN FUND | | 18.50 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 18.50 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 18.50 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   HOME INVESTMENT FUND | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4005 | | | | |
|   HOME INVESTMENT FUND | 14,641.58 | 0.00 | 0.00 | 0.00 |
|     Acct: 4005 | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 2,911.44 | 0.00 | 0.00 | 0.00 |
|     Acct: 0000 | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
|   MICHAEL B COHEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAURA L. SHANNON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL B COHEN ESQ | 2,035.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAURA L. SHANNON | 366.83 | 366.83 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |

| 18-70853 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 1528 | | | | |
|    CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    THE PENNSYLVANIA STATE UNIV | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 1,072.74 | 0.00 | 0.00 | 0.00 |
|       Acct: 2018 | | | | |
|    PHEAA(*) | 24,641.96 | 0.00 | 0.00 | 0.00 |
|       Acct: 9474 | | | | |
|    US DEPARTMENT OF EDUCATION | 30,357.93 | 0.00 | 0.00 | 0.00 |
|       Acct: 9474 | | | | |
|    UPMC PHYSICIAN SERVICES | 332.80 | 0.00 | 0.00 | 0.00 |
|       Acct: 9474 | | | | |
|    PARKER MCCAY PA | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    JEFFREY A MURICEAK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | | | 0.00 |
|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY        0.00
SECURED      17,553.02
UNSECURED    56.405.43

Date: 08/16/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com